BILLER ASSOCIATES *v.* WILLIAM H.
PETERKEN ET AL.

*William H. Peterken*, pro se, and *Jill H. Peterken*,
pro se, in support of the petition.

*David B. Rozwaski*, in opposition.

Decided September 27, 2000

BILLER ASSOCIATES *v.* WILLIAM H.
PETERKEN ET AL.

The Supreme Court docket number is SC 16387.

*Ridgely W. Brown*, pro se, in support of the petition.

*David B. Rozwaski*, in opposition.

Decided September 27, 2000

STATE OF CONNECTICUT *v.* DAMON PERRY

*Richard Hustad Miller,* special public defender, in support of the petition.

*John A. East III,* assistant state's attorney, in opposition.

Decided September 27, 2000

## STATE OF CONNECTICUT *v.* ALLEN WILLIAMS

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Del Atwell,* special public defender, in support of the petition.

*Nancy L. Chupak,* deputy assistant state's attorney, in opposition.

Decided September 27, 2000

## STATE OF CONNECTICUT *v.* KENNETH LAMBERT

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Cheryl E. Heffernan,* special public defender, in support of the petition.

*Margaret Gaffney Radionovas,* assistant state's attorney, in opposition.

Decided September 27, 2000